Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

EASTERN District of PENNSYLVANIA

CIVIL Division

| | | |
|---|---|---|
| TYRRELL JONES-EILAND<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br><br>Universal Health Services, Inc. Marc D. Miller,<br>Christopher Loftus, James Zolnowski, Sajit Pullarkat,<br>Janet Wright, Et al.<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

####    A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | TYRRELL JONES-EILAND |
| Street Address | 8805 CHINABERRY DRIVE |
| City and County | TAMPA HILLSBOROUGH |
| State and Zip Code | FLORIDA 33637 |
| Telephone Number | 9143443687 |
| E-mail Address | TYRRELL.JONES77@GMAIL.COM |

####    B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Sajit Pullarkat |
| Job or Title *(if known)* | Chief Executive Officer-Managing Director-Centennial Hills |
| Street Address | 6900 N. Durango Drive |
| City and County | Las Vegas, Clark |
| State and Zip Code | Nevada, 89149 |
| Telephone Number | 7028359720 |
| E-mail Address *(if known)* | sajit.pullarkat@uhsinc.com |

Defendant No. 2

| | |
|---|---|
| Name | Christpher Loftus |
| Job or Title *(if known)* | Chief Executive Officer-Managing Director Desert Springs |
| Street Address | 2075 E. Flamingo Road |
| City and County | Las Vegas, Clark |
| State and Zip Code | Nevada 89119 |
| Telephone Number | 7037338800 |
| E-mail Address *(if known)* | christopher.loftus@uhsinc.com |

Defendant No. 3

| | |
|---|---|
| Name | James Zolnowski MSN, RN NE-BC |
| Job or Title *(if known)* | Director, Emergency Department Desert Springs Hospital |
| Street Address | 2075 E. Flamingo Road |
| City and County | Las Vegas, Clark |
| State and Zip Code | Nevada  89119 |
| Telephone Number | 7164453392 |
| E-mail Address *(if known)* | james.zolnowski@uhsinc.com |

Defendant No. 4

| | |
|---|---|
| Name | Marc D. Miller |
| Job or Title *(if known)* | President-Universal Health Services, Inc. |
| Street Address | 367 South Gulph Road |
| City and County | King of Prussia Montgomery |
| State and Zip Code | Pennsylvania 19406 |
| Telephone Number | 6107683300 |
| E-mail Address *(if known)* | m.miller@uhsinc.com |

Defendant No. 1

    Name                                Janet Wright

    Job or Title *(if known)*    Chief Nursing Officer

    Street Address              6900 N. Durango Drive

    City and County            Las Vegas Clark

    State and Zip Code       Nevada 89149

    Telephone Number      7028359703

    E-mail Address *(if known)*  janet.wright@uhsinc.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question         ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)*   Tyrrell Jones-Eiland_____, is a citizen of the State of *(name)*   Florida_____ .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)*   Marc D. Miller_____, is a citizen of the State of *(name)*   Pennsylvania_____ . Or is a citizen of *(foreign nation)* _____ .

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)*   Tyrrell Jones-Eiland          , is a citizen of the
   State of *(name)*   Florida          .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)*          , is incorporated
   under the laws of the State of *(name)*          ,
   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)*    Janet Wright          , is a citizen of
   the State of *(name)*    Nevada          . Or is a citizen of
   *(foreign nation)*   _____ .

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Tyrrell Jones-Eiland                    , is a citizen of the State of *(name)*  Florida                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    , and has its principal place of business in the State of *(name)*                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*    James Zolnowski                    , is a citizen of the State of *(name)*    Nevada                    . Or is a citizen of *(foreign nation)*                    .

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)*   Tyrrell Jones-Eiland                           , is a citizen of the State of *(name)*   Florida                           .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)*                           , is incorporated under the laws of the State of *(name)*                           , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)*     Sajit Pullarkat                           , is a citizen of the State of *(name)*     Nevada                           . Or is a citizen of *(foreign nation)*                           .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)*  Tyrrell Jones-Eiland                         , is a citizen of the State of *(name)*  Florida                             .

b.   If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated under the laws of the State of *(name)*                              ,

and has its principal place of business in the State of *(name)*                              .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*    Christopher Loftus                      , is a citizen of the State of *(name)*    Nevada                          . Or is a citizen of *(foreign nation)*

     b.    If the defendant is a corporation

         The defendant, *(name)*   Universal Health Services, Inc.   , is incorporated under the laws of the State of *(name)*   Pennsylvania   , and has its principal place of business in the State of *(name)*   Nevada   .

         Or is incorporated under the laws of *(foreign nation)*   ,

         and has its principal place of business in *(name)*   .

     *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

     The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

     Medical bills, loss of income, pain and suffering, loss of consortium are more than $75,000.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants Zolnowski and Loftus (Desert Springs)failed to provide adequate medical care, discharged plaintiff without running neccesary tests and exams and caused further medical incident; lied to insurance company and billed for services never rendered. Defendants Pullarkat and Wright (Centennial Hills) prematurely discharged plaintiff who was rushed back to same hospital the next day and remained in serious conditions for two weeks then transferred to a medical rehabilitation center for two months, Defendents misdiagnosed plaintiff and could have caused death. Defendants have all refused to release medical documents and have caused major financial issues.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Current Medical Bills
Future Medical Bills
Loss of Consortium
Loss of Wages
Punitive Damamges
total demand $20,000,000

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/26/2020

Signature of Plaintiff
Printed Name of Plaintiff        TYRRELL JONES-EILAND

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

T. Jones-Eiland
8805 Chinaberry Drive
Tampa, FL 33637

U.S.M.S.
X-RAY

United States District Court
District of Eastern Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Attention: Clerk of Court

