IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRELL JONES-EILAND,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-5458** |
| | : | |
| **UNIVERSAL HEALTH SERVICES,** | : | |
| **INC.,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of September, 2021, upon consideration of the following motions, neither of which Plaintiff has responded to, and for the reasons set forth in my accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants, Christopher Loftus, James Zolknowski, Sajit Pullarkat, and Janet Wright's (collectively, the "Nevada Defendants") "Rule 12(b) Motion to Dismiss" (ECF No. 10) is **GRANTED**. Plaintiff's claims against the Nevada Defendants are **DISMISSED with prejudice**.

2. Defendants, Universal Health Services, Inc. and Marc D. Miller's (collectively, the "Universal Health Defendants") "Motion to Dismiss" (ECF No. 8) is **GRANTED**. Plaintiff's claims against the Universal Health Defendants are **DISMISSED without prejudice**.

3. **Within thirty (30) days of the date of this Order**, Plaintiff may file an Amended Complaint against only the Universal Health Defendants in an attempt to cure, if possible, the deficiencies outlined in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**